# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Waldo Arana Beltran,<br>a.k.a.: Waldo Arana-Beltran<br>(A 200 057 234)<br>*Defendant* | Case No. 17-465MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian Besancon

☒ Continued on the attached sheet.

_____
Complainant's signature
Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 24, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On October 23, 2017, Waldo Arana Beltran, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 26, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On October 23, 2017, at or near Phoenix, in the District of Arizona, Waldo Arana Beltran, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2017, while the Phoenix ICE at-large apprehension teams were conducting Operation Cross Check, Phoenix ICE agents arrested Waldo Arana Beltran during a vehicle stop at or near 6841 West Northern Avenue, in Glendale, Arizona. At the scene, ICE Officer Berumen-Chavez interviewed Arana Beltran and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Arana Beltran was transported to the Phoenix ICE office for further investigation and processing. Arana Beltran was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Waldo Arana Beltran to be a citizen of Mexico and a previously deported alien. Arana Beltran was removed from the United States to Mexico through Nogales, Arizona, on or about June 26, 2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Arana Beltran in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland

Security to return to the United States after his removal. Arana Beltran's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Waldo Arana Beltran in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Arana Beltran presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Arana Beltran entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Arana Beltran's immigration history was matched to him by electronic fingerprint comparison.

5. On October 23, 2017, Waldo Arana Beltran was advised of his constitutional rights. Arana Beltran freely and willingly acknowledged his rights and agreed to provide a statement under oath. Arana Beltran stated that his true and complete name is Waldo Arana Beltran and that he is a citizen of Mexico. Arana Beltran stated he last entered the United States in "Agosto 2017," through "Nogales." Arana Beltran stated he showed a "visa" to immigration officers. Arana Beltran further stated he had been deported from the United States two (2) times, and he has not received permission from the Attorney General of the United States to re-enter.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 23, 2017, Waldo Arana Beltran, an alien, was found in the United States of America at or near Glendale, in the District of Arizona, after having been

3

previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 26, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on October 23, 2017, at or near Glendale, in the District of Arizona, Waldo Arana Beltran, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 24th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge

4